

Case 1:07-cv-07992-BSJ-JCF   Document 1-2   Filed 09/12/2007   Page 1 of 4



MICHAEL'S GARDEN
SE4110380    4 Sheets/Dz.

...NT DAISY
...61    4 Sheets/Dz.

SE411_
4 20" x ... d Paper Tissue Sheets
Order S... tyle Number
Packed ...

**PASTEL STREAMERS**
SE4111440    4 Sheets/Dz.

**BIRTHDAY BLOCKS**
SE4110240    4 Sheets/Dz.

**WATERCOLOR**
SE4111180

**SOPHISTICATED CHECKS**
SE4114310    4 Sheets/Dz.

**CONFETTI GLITTER**
SE4113110    4 Sheets/Dz.

**PLAYTIME**
SE4111631

**BABY ANIMAL STRIPE**
SE4111290    4 Sheets/Dz.



**CLOUD NINE**
SE4118380    4 Sheets/Dz



**ANIMAL NAMES**
SE4113270

18

BIRTH
DAYHA
PPYB
RTHDA

Adult Birthday
Birthday Blocks
WR1150240 − $3.75      $22.50/dz.
WR2150240 − $2.25      $13.50/dz.
WR0820240 − $179.00
ALSO: TB, SE

