segment
segment



FLOMO®

8 SHEETS
20 IN. x 26 IN.
28.8 SQ.FT. TOTAL

7 99227 90913 4

NH-TSBB01L    VIETNAM

Nygala Corp, Lodi, NJ 07644 U.S.A.

