Exhibit

6

SOFER & HAROUN, LLP.

. ENTS, TRADEMARKS & COPYRIGHTS
317 MADISON AVENUE
SUITE 910
NEW YORK, N.Y. 10017

ROBERT M. HAROUN
JOSEPH SOFER
———
GREGORY C. ANTRIM
ANDREW A. ANISSI
———
FRIEDRICH KUEFFNER
ALAN ROBERTS
    OF COUNSEL

TELEPHONE
(212) 697-2800
FACSIMILE
(212) 697-3004

July 9, 2007

***VIA FEDEX***
Shenny Enterprises, Inc.
Nygala Corp.
300-3E Route 17 South,
Lodi, NJ 07644

        Re:    Nygala Corp.
              Flomo USA Decorative Tissue

Dear Sirs:

      We represent, Glitterwrap, Inc. in its intellectual property matters.

      Recently, it has come to our client's attention that Nygala Corp. and Shenny Enterprises, Inc. have been advertising, publicly displaying, and selling "Flomo" products that bear festive designs copied or derived from our client's original tissue paper designs used on its GLITTERWRAP® products. These acts constitute copyright infringement.

      Samples of our client's design are shown on the attached Exhibit A. A comparison of the Exhibit A designs to Nygala's products, displayed in Exhibit B, show them to be virtually identical.

      In view if this blatant infringement, we hereby demand that Nygala cease and desist all further production, sales and offers for sale of all decorative tissue paper that infringe any of Glitterwrap's copyrights. In addition, we demand that all retailers be identified and that all infringing products be immediately recalled and impounded. So that we may determine which other designs infringe Glitterwrap's copyrights, you are to provide one photocopy of each tissue paper design sold by Nygala.

If we do not have your unequivocal response by **July 20, 2007** confirming that Nygala has ceased infringing Glitterwrap's copyrights and has taken the above action, we intend to commence legal proceedings including preliminary injunction relief against Nygala and its customers.

Very truly yours,

Robert M. Haroun

RMH/anb
Enclosures