UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
GLITTERWRAP, INC.

    Plaintiff,

  v.

NYGALA CORP.,
SHENNY ENTERPRISES, INC., and John
Does Nos. 1-50

    Defendants.
---------------------------------------------------------X

JUDGE JONES

'07 CIV 7992

Civ. No.

7.1 Statement



Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Glitterwrap, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which is a New Jersey corporation:

none

Dated: New York, NY
   September 11, 2007

ROBERT M. HAROUN, ESQ. (RH-5646)
JOSEPH SOFER, ESQ. (JS-3265)
Sofer & Haroun, LLP
*Attorneys for Plaintiff*
317 Madison Avenue, Suite 910
New York, NY 10017
Tel: 212-697-2800