UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GLITTERWRAP, INC.,

                Plaintiff,      07-CIV-7992

      - v -

NYGALA CORP., SHENNY
ENTERPRISES, INC. and John Does
Nos. 1-50,

                Defendants.
------------------------------------------------------------X

## RULE 7.1 STATEMENT OF DEFENDANTS
## NYGALA CORP. AND SHENNY ENTERPRISES, INC.

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants Nygala Corp. and Shenny Enterprises, Inc. (the "Defendants"), both private, non-governmental entities and New Jersey corporations, certifies that neither of the Defendants has any corporate parents, affiliates, and/or subsidiaries other than each other.

Dated: New York, New York
       October 31, 2007

                                                **ROSENFELD & KAPLAN, L.L.P.**

                                  By: _____
                                                Tab K. Rosenfeld (TR-9212)
                                                Robert M. Klingon (RK-0574)
                                                *Attorneys for Defendants Nygala*
                                                *Corp. and Shenny Enterprises, Inc.*
                                                535 Fifth Avenue, Suite 1006
                                                New York, New York 10017
                                                Tel.: 212-682-1400