```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -:
GLITTERWRAP, INC.,                   : 07 Civ 7992 (BSJ) (JCF)
                                     :
              Plaintiff,             :        O R D E R
                                     :
       - against -                   :
                                     :
NYGALA CORP., SHENNY ENTERPRISES,    :
INC, and John Does Nos. 1-50,        :
                                     :
              Defendants.            :
- - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/08

A pretrial conference having been held on March 17, 2008, it is hereby ORDERED as follows:

1. By March 31, 2008, defendants shall produce the requested import documents. By the same date, counsel shall agree on a procedure for production of defendants' sales invoices or shall advise the Court of any residual dispute.

2. All discovery shall be completed by June 30, 2008.

3. The pretrial order shall be submitted by July 31, 2008 unless any dispositive motion is filed by that date. If such a motion is filed, the pretrial order shall be due thirty days after the motion is decided.

SO ORDERED.

*James C. Francis IV*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated: New York, New York
       March 17, 2008

1

Copies mailed this date:

Joseph Sofer, Esq.
Robert M. Haroun, Esq.
Sofer & Haroun, LLP
317 Madison Avenue, Suite 910
New York, New York 10017

Robert M. Klingon, Esq.
Tab K. Rosenfeld, Esq.
Rosenfeld & Kaplan, LLP
535 Fifth Avenue - 10th Floor
New York, New York 10017