UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GLITTERWRAP, INC.
       Plaintiff,

v.

NYGALA CORP.,
SHENNY ENTERPRISES, INC., and John
Does Nos. 1-50

       Defendants.
-----------------------------------------------------------X

Civil Action No. 07-CV-7992

**NOTICE OF MOTION
FOR CONTEMPT
AND SANCTIONS**

    **PLEASE TAKE NOTICE THAT**, upon the annexed Affirmation of Robert M. Haroun, and upon the exhibits annexed thereto, and all prior papers and proceedings in this matter, Plaintiff Glitterwrap, Inc., pursuant to Rule 16(f) of the Federal Rules of Civil Procedure, will move before the Honorable James C. Francis IV, United States Magistrate Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, Courtroom 18D, New York, New York 10007, on _____, 2008, at _____ a.m./p.m., or as soon thereafter as counsel may be heard, for an Order pursuant to F.R.C.P. Rules 16(f) and 37 finding Defendants in contempt of this Court for failing to comply with the Court's Order of March 17, 2008 in this action, and imposing sanctions against Defendants, under Rules 16(f) and 37 of the Federal Rules of Civil Procedure, applicable Local Rules, and the court's inherent power, in the form of:

1) An Order striking Defendants' Answer and Affirmative Defenses, pursuant to Rule 37(b)(2)(C); and

2) An Order that Defendants pay Plaintiff's reasonable attorneys' fees and costs, pursuant to Rule 16(f).

Dated: New York, NY
April 3, 2008

PLAINTIFF GLITTERWRAP, INC.

By: _____
Robert M. Haroun (RH 5646)
Joseph Sofer (JS 3265)
Sofer & Haroun, LLP
*Attorneys for Plaintiff*
317 Madison Avenue, Suite 910
New York, NY 10017
Tel: 212-697-2800
Fax: 212-697-3004
E-mail: rharoun2000@yahoo.com