# Exhibit 2


# Exhibit 2

SOFER & HAROUN, LLP
ATTORNEYS AT LAW
PATENTS, TRADEMARKS & COPYRIGHTS
317 MADISON AVENUE
SUITE 910
NEW YORK, N.Y. 10017

ROBERT M. HAROUN
JOSEPH SOFER

GREGORY C. ANTRIM
ANDREW A. ANISSI
ADINA N. LOEWY

FRIEDRICH KUEFFNER
ALAN ROBERTS
OF COUNSEL

TELEPHONE
(212) 697-2800
FACSIMILE
(212) 697-3004

March 20th, 2008

VIA TELEFAX
Robert Klingon, Esq.
Rosenfeld & Kaplan, LLP
535 Fifth Avenue, Suite 1006
New York, NY 10017
Tel: 212-682-1400
Fax: 212-682-1100

Re:   Glitterwrap, Inc. v. Nygala Corp. et al.
      Civil Action No. 1:07 CV 7992

Dear Rob,—

    We write in regard to discovery and our recent conference before the Court. As we discussed in Court, please provide us with the names of the manufacturing and supplier sources of the accused products, so that we may confirm whether Glitterwrap used the same manufacturer for these items.

    We remind you that the Court has set a March 31 deadline regarding the documents we discussed.

Very truly yours,

Robert M. Haroun

RMH/aaa