# Exhibit 3

SOFER & HAROUN, LLP
ATTORNEYS AT LAW
PATENTS, TRADEMARKS & COPYRIGHTS
317 MADISON AVENUE
SUITE 910
NEW YORK, N.Y. 10017

ROBERT M. HAROUN
JOSEPH SOFER

GREGORY C. ANTRIM
ANDREW A. ANISSI
ADINA N. LOEWY

FRIEDRICH KUEFFNER
ALAN ROBERTS
    OF COUNSEL

TELEPHONE
(212) 897-2800
FACSIMILE
(212) 897-3004

*March 26th, 2008*

**VIA TELEFAX**
Robert Klingon, Esq.
Rosenfeld & Kaplan, LLP
535 Fifth Avenue, Suite 1006
New York, NY 10017
Tel: 212-682-1400
Fax: 212-682-1100

**FAXED**

Re:    Glitterwrap, Inc. v. Nygala Corp. et al.
       Civil Action No. 1:07 CV 7992

Dear Rob,—

We write in regard to the Court's Order of March 17 in the above matter. The Court has Ordered Defendants to provide us with its import documents. The Court also Ordered us to agree on a procedure for production of Defendants' sales invoices, or else inform the Court of a dispute.

We have already requested production of all of Defendants' sales invoices and commercial invoices for the period in question. We have not yet heard any word from you, regarding any alternate proposals regarding the sales invoices on the "old" accounting system. Given that the deadline for compliance with the Court's Order is in three business days, if we do not receive, at a minimum, all commercial invoices and all sales invoices from the "new system," we will consider your client's conduct as a breach of the Court's Order.

Very truly yours,

Robert M. Haroun

RMH/aaa