UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
GLITTERWRAP, INC.  :
       Plaintiff,  :
                                :        Civil Action No. 07-CV-7992
   v.  :
                                :        **[PROPOSED]**
NYGALA CORP.,  :        **ORDER**
SHENNY ENTERPRISES, INC., and John  :
Does Nos. 1-50  :
       Defendants.  :
-------------------------------------------------------X

      Upon Plaintiff's Motion For Contempt in the above-captioned civil action, the Court hereby finds Defendants Nygala Corp. and Shenny Enterprises, Inc. in contempt of Court, and IT IS HEREBY ORDERED as follows:

1) Defendants' Answer and Affirmative Defenses are hereby stricken.

2) Defendants shall pay Plaintiff's reasonable attorneys' fees and costs incurred in connection with Plaintiff's Motion For Contempt.

                                                       _____
                                                        United Stated District Judge