## CERTIFICATE OF SERVICE

It is hereby certified that a true copy of Plaintiff Glitterwrap Inc.'s motion papers for its Motion For Contempt was served on April 3, 2008, electronically via the Court's ECF system, onto:

Rosenfeld & Kaplan, LLP
156 Fifth Avenue
Suite 1223
New York, NY 10010
e-mail: steve@rosenfeldlaw.com

*Attorneys for Defendants Shenny Enterprises, Inc. and Nygala Corp.*


By:    /s/ Andrew A. Anissi          Date:   April 3, 2008
       Andrew A. Anissi