```
UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
GLITTERWRAP, INC.                          :
              Plaintiff,                   :
                                           :       Civil Action No. 07-CV-7992
     v.                                    :
                                           :       NOTICE OF MOTION
NYGALA CORP.,                              :       TO COMPEL DISCLOSURES
SHENNY ENTERPRISES, INC., and John         :       AND FOR SANCTIONS
Does Nos. 1-50                             :
                                           :
              Defendants.                  :
--------------------------------------------------------X
```

**PLEASE TAKE NOTICE THAT**, pursuant to Rules 26, and 37 of the Federal Rules of Civil Procedure, the Plaintiff, Glitterwrap, Inc. ("Glitterwrap"), will move before the Honorable James Francis, United States Magistrate Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, Courtroom 18B, New York, New York 10007, on May 2, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, for an Order pursuant to F.R.C.P. Rule 37(c), to compel disclosures from Defendants and for sanctions. The accompanying *Memorandum of Law*, *Declaration of Robert M. Haroun*, and accompanying exhibits support Glitterwrap's motion.

Dated: New York, NY
April 23, 2008

PLAINTIFF GLITTERWRAP, INC.

By:_____
Robert M. Haroun (RH 5646)
Joseph Sofer (JS 3265)
Sofer & Haroun, LLP
*Attorneys for Plaintiff*
317 Madison Avenue, Suite 910
New York, NY 10017
Tel: 212-697-2800
Fax: 212-697-3004
E-mail: rharoun2000@yahoo.com