## CERTIFICATE OF SERVICE

It is hereby certified that a true copy of Plaintiff Glitterwrap, Inc.'s motion papers for its Motion To Compel and for Sanctions is hereby concurrently served on April 23, 2008, electronically via the Court's ECF system, onto:

Rosenfeld & Kaplan, LLP
156 Fifth Avenue
Suite 1223
New York, NY 10010
e-mail: steve@rosenfeldlaw.com

*Attorneys for Defendants Shenny Enterprises, Inc. and Nygala Corp.*


By:     /s/ Andrew A. Anissi          Date:   April 23, 2008
        Andrew A. Anissi