UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
Glitterwrap, Inc.
          Plaintiff,

     -against-

Nygala Corp., et al
          Defendants.
------------------------------------------------------X

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 7992(BSJ) (JCF)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

_X_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*
_____
_____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose:_____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion:_____

    All such motions: ____

---

* Do not check if already referred for general pretrial.
SO ORDERED.
DATED: New York, New York

_____
United States District Judge

5/5/08